# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Vicktoria Pedie, ) | |
| ) | |
| Plaintiff, ) | **ORDER FOR STATUS** |
| ) | **CONFERENCE** |
| vs. ) | |
| ) | |
| North Star Community Credit Union, ) | |
| ) | Case No.: 1:18-cv-00252 |
| Defendant. ) | |

The court shall hold a status conference with the parties by telephone on August 20, 2019, at 9:00 a.m. To participate in the conference call, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 13th day of June, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States Magistrate Judge